# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MICHAEL PERNELL | : | No. 18-518 |

## ORDER

AND NOW, this 28th day of July, 2022, upon consideration of Michael Pernell's Motion for Compassionate Release (Doc. No. 62) and the Government's Response in Opposition (Doc. No. 64), for the reasons stated in the accompanying memorandum, it is **ORDERED** that Mr. Pernell's Motion for Compassionate Release (Doc. No. 62) is **DENIED**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1